IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § § § | |
| v. | § | Criminal Action No. 2:19-CR-088-Z-BR-(1) |
| JAMES RYAN HIGGINS (1) | § § § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

On December 11, 2019, the United States Magistrate Judge issued a Report and Recommendation Concerning Plea of Guilty ("Report and Recommendation") in the above referenced cause. Defendant James Ryan Higgins filed no objections to the Report and Recommendation within the fourteen-day period set forth in 28 U.S.C. § 636(b)(1). The Court independently examined all relevant matters of record in the above referenced cause—including the elements of the offense, Factual Resume, Plea Agreement, and Plea Agreement Supplement—and thereby determined that the Report and Recommendation is correct. Therefore, the Report and Recommendation is hereby ADOPTED by the United States District Court. Accordingly, the Court hereby FINDS that the guilty plea of Defendant James Ryan Higgins was knowingly and voluntarily entered; ACCEPTS the guilty plea of Defendant James Ryan Higgins; and ADJUDGES Defendant James Ryan Higgins guilty of Count One, in violation of Title 49, United States Code, Section 46306(b)(7). Sentence will be imposed in accordance with the Court's sentencing scheduling order.

**SO ORDERED**, December 26, 2019.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE